UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Gerard De Andre Tulloss,<br><br>  Petitioner<br><br>v.<br><br>The People of Las Vegas, *et al.*,<br><br>  Respondents | Case No.: 2:25-cv-01587-JAD-DJA<br><br>**Order Dismissing Habeas Petition without Prejudice and Closing Case** |

*Pro se* Petitioner Gerard De Andre Tulloss filed this 28 U.S.C. § 2254 petition for writ of habeas corpus.[1] On initial review under the Habeas Rules,[2] I find that this court lacks jurisdiction because Tulloss filed his petition in the wrong district and against the wrong party. Tulloss is an inmate at California State Prison-Corcoran in California and is challenging a California state conviction. This court has no jurisdiction over a respondent in the State of California.[3] The proper respondent is the warden of the prison in which Tulloss is incarcerated.[4]

**IT IS THEREFORE ORDERED** that:

1. Tulloss's petition for writ of habeas corpus [ECF No. 1-1] is **DISMISSED without prejudice to his ability to seek habeas relief from the proper court and against the proper respondent. A certificate of appealability is DENIED** because jurists of reason would not find the dismissal to be debatable or wrong.

---

[1] ECF No. 1-1.

[2] All references to a "Habeas Rule" or the "Habeas Rules" in this order identify the Rules Governing Section 2254 Cases in the United States District Courts.

[3] 28 U.S.C. § 2241(a).

[4] 28 U.S.C. § 2242.

2. The Clerk of the Court is directed to:

- **DIRECT INFORMAL ELECTRONIC SERVICE** upon respondents under Rule 4 of the Rules Governing Section 2254 Cases by adding Nevada Attorney General Aaron D. Ford as counsel for respondents and to provide respondents an electronic copy of all items previously filed in this case by regenerating the Notice of Electronic Filing to the office of the AG only. No response is required from respondents other than to respond to any orders of a reviewing court.

- **ENTER FINAL JUDGMENT** dismissing this action and **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated October 3, 2025